

act as an unbiased Judge. Habeas Corpus must be ruled upon.

#FREE KURT BENSHOOF

David G. Estudillo
United States Courthouse
1717 Pacific Ave.
Suite 4410
Tacoma, WA 98402-3200

Hon. Estudillo,

In the matter of 24-MC-043, Writ of Habeas Corpus has been filed and Jamal N. Whitehead must Recuse as he is a Defendant in collateral matters and CAN NOT